FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 23 2005

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**United States District Court**
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03cr159(3) |
| | § | (Judge Brown) |
| BYRON JOE BEARD | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is revoked and Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with no supervised release to follow. While incarcerated, it is recommended that the Defendant complete the 500-hour drug rehabilitation program.

SIGNED this 23 day of May, 2005.

                                      PAUL BROWN
                                      UNITED STATES DISTRICT JUDGE